UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-CR-0370-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ALFRED SAPSE, ) | Motion to Quash Arrest |
| ) | Warrant (#47) |
| Defendant. ) | |

This matter comes before the Court on United States' Motion to Quash Arrest Warrant (#47), filed on October 12, 2011.  The United States requests the Court quash the arrest warrant issued during grand jury returns on October 12, 2011.  The United States claims it inadvertently requested an arrest warrant be issued as to Defendant Sapse.  On July 15, 2011, Defendant Sapse made his initial appearance before the Court, pled not guilty and was released on bond.  (*See* #6.)  Defendant Sapse is therefore currently on pretrial release, and no warrant is necessary.  Accordingly,

**IT IS HEREBY ORDERED** that United States' Motion to Quash Arrest Warrant (#47) is **granted**.

DATED this 13th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge