UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-370-KJD-GWF |
| ALFRED T. SAPSE, | ) | |
| Defendant. | ) | **ORDER** |

On May 1, 2013, the Court granted Daniel J. Albregts, Esq.'s "Sealed Ex Parte Motion to Withdraw as Attorney of Record" (#227) and ordered new counsel appointed (#233).  Therefore;

IT IS HEREBY ORDERED that Chris Aaron, Esq. is appointed as counsel for Alfred T. Sapse in place of Daniel J. Albregts, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Albregts shall forward the file to Mr. Aaron forthwith.

DATED this   14   day of May, 2013.

Nunc Pro Tunc Date: May 13, 2013.

_____
KENT J. DAWSON
United States District Judge