# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED T. SAPSE,

    Defendant.

Case No. 2:10-CR-00370-KJD-GWF

**ORDER**

    Presently before the Court is the Government's Motion to Strike the Preliminary and Final Order of Forfeiture as to Alfred T. Sapse (#303). Though the time for doing so has passed, no response in opposition has been filed.

    The United States requests that the Court strike bo the Preliminary Order of Forfeiture (#264) and the Final Order of Forfeiture (#269). The Government asserts that it is not cost effective to pursue the forfeiture litigation. Furthermore, the Government asserts that victims of Defendant's crimes can be compensated through the restitution process. There being no opposition and good cause being found, the Court grants the motion to strike.

    Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike the Preliminary and Final Order of Forfeiture as to Alfred T. Sapse (#303) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court **STRIKE** and **VACATE** Docket Nos. 264 and 269.

DATED this 8th day of May 2014.

_____
Kent J. Dawson
United States District Judge